25497-25500.   BENTON *et al.* v. THE STATE.

DECIDED NOVEMBER 6, 1936.

*C. L. Redman, W. E. Watkins,* for plaintiff in error.
*Frank B. Willingham, solicitor-general,* contra.

BROYLES, C. J.   The four defendants in these cases were jointly indicted for murder, and were convicted of voluntary manslaughter. Their motions for new trial were overruled, and separate bills of exceptions were taken. Under the facts of the cases as disclosed by the transcripts of the records, the court, in each case, erred in failing to instruct the jury on the law of involun-

tary manslaughter in the commission of an unlawful act; and that error was not cured by the court's charge on the law of assault and battery. The remaining special assignments of error are without substantial merit. The sufficiency of the evidence to support the verdicts is not passed on.

*Judgments reversed. MacIntyre, J., concurs.*

GUERRY, J., concurring specially. It was error to charge the jury that "voluntary manslaughter is the only kind of manslaughter involved in the case."